# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO.  EP-25-CR-00265-KC** |
| **v.** | § | |
| | § | |
| **PATRICK DONALD BOHTE,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Indictment, without prejudice, against Defendant **PATRICK DONALD BOHTE,**

DATED:  March 18, 2025                Respectfully submitted,

                                       MARGARET F. LEACHMAN
                                       ACTING UNITED STATES ATTORNEY

                          By:     /s/ *Adrian E. Gallegos*
                                       ADRIÁN E. GALLEGOS
                                       Assistant U.S. Attorney
                                       Texas Bar #24042413
                                       700 E. San Antonio, Suite 200
                                       El Paso, Texas 79901
                                       (915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on the March 18, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following participant:

MANUEL ACOSTA-RIVERA,
Attorney for Defendant

/s/
ADRIAN E. GALLEGOS
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO.  EP-25-CR-00265-KC** |
| **v.** | § | |
| | § | |
| **PATRICK DONALD BOHTE,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## <u>ORDER GRANTING MOTION TO DISMISS INDICTMENT</u>

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on February 12, 2025, regarding Defendant, **PATRICK DONALD BOHTE,** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2025.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE