**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO.  EP-25-CR-00265-KC** |
| **v.** | § | |
| | § | |
| **PATRICK DONALD BOHTE,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on February 12, 2025, regarding Defendant, **PATRICK DONALD BOHTE,** be dismissed, without prejudice.

SIGNED this 19th day of March, 2025.

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE